# UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF New York

In Re. JVK OPERATIONS LTD. OF NJ  §  Case No. 24-70800 REG
§
_____  §  Lead Case No. 24-70799 REG
Debtor(s)                        §
                                 ☒ Jointly Administered

# Monthly Operating Report                                  Chapter 11

Reporting Period Ended: 03/31/2024          Petition Date: 03/01/2024

Months Pending: 1                           Industry Classification: 8 1 2 3

Reporting Method:       Accrual Basis ○     Cash Basis ●

Debtor's Full-Time Employees (current):                    57

Debtor's Full-Time Employees (as of date of order for relief):   59

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

_____          Vinod Samuel, President
Signature of Responsible Party             Printed Name of Responsible Party

_____          _____
Date                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name JVK OPERATIONS LTD. OF NJ

Case No. 24-70800 REG

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $26,465 | |
| b. | Total receipts (net of transfers between accounts) | $185,057 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $139,625 | $0 |
| d. | Cash balance end of month (a+b-c) | $71,897 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $139,625 | $0 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|---|
| a. | Accounts receivable (total net of allowance) | $818,536 | [See Note 2a] |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. | Inventory   (Book ○   Market ○   Other ⊙   (attach explanation)) | $0 | [See Note 2c] |
| d | Total current assets | $890,434 | |
| e. | Total assets | $966,754 | [See Note 2e] |
| f. | Postpetition payables (excluding taxes) | $93,207 | |
| g. | Postpetition payables past due (excluding taxes) | $4,038 | [See Note 2g] |
| h. | Postpetition taxes payable | $0 | |
| i. | Postpetition taxes past due | $0 | |
| j. | Total postpetition debt (f+h) | $93,207 | |
| k. | Prepetition secured debt | $1,178,696 | [See Note 2k] |
| l. | Prepetition priority debt | $0 | |
| m. | Prepetition unsecured debt | $1,393,579 | [See Note 2m] |
| n. | Total liabilities (debt) (j+k+l+m) | $2,665,482 | |
| o. | Ending equity/net worth (e-n) | $-1,698,728 | |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sa | $185,057 | [See Note 4] |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $185,057 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expense | $139,625 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $45,432 | $0 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name JVK OPERATIONS LTD. OF NJ                                    Case No. 24-70800

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $16,438 | $0 |
| d. | Postpetition employer payroll taxes paid | $16,438 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | [See Note 7c] |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have:   Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ● No ○ | |
| | | Yes ● ○ ○ e Instructions) | |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |

UST Form 11-MOR (12/01/2021)                         3

Debtor's Name  JVK OPERATIONS LTD. OF NJ                                   Case No. 24-70800

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ☒  No ☐

## Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages  _____
b. Gross income (receipts) from self-employment  _____
c. Gross income from all other sources  _____
d. Total income in the reporting period (a+b+c)  _____
e. Payroll deductions  _____
f. Self-employment related expenses  _____
g. Living expenses  _____
h. All other expenses  _____
i. Total expenses in the reporting period (e+f+g+h)  _____
j. Difference between total income and total expenses (d-i)  _____
k. List the total amount of all postpetition debts that are past due  _____
l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ☐  No ☐
m. If yes, have you made all Domestic Support Obligation payments?    Yes ☐  No ☐  N/A ☐

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_____                    Vinod Samuel
Signature of Responsible Party                        Printed Name of Responsible Party
President                                             _____
Title                                                 Date

UST Form 11-MOR (12/01/2021)                  4

NOTES TO OPERATING REPORT (JVK NJ):

2.a. Debtor is in process of evaluating AR attributable to non-debtor affiliates; value subject to change based on review

2.c. Debtor is in process of evaluating value of inventory; value informed by Schedules.

2.e. PP&E not included; Debtor is in process of evaluating value of PP&E; value includes current assets plus security deposits listed in Schedules.

2.g. All post-petition payables past due as of end of March 2024 have since been paid in full as of the date of this report submission.

2.k. Value reflects amount listed in Schedules less adequate assurance payments made since petition date.

2.m. Debtor is in process of validating prepetition unsecured debt; value informed by Schedules.

Part 4. Debtor accounting processes under review as of d ate of report submission. Therefore, Part 4 values presented are Gross Cash Receipts received by the Debtor ($185,057), Gross Cash Disbursements paid by the Debtor ($139,625), and resulting Net Cash Flow ($45,432) during March 2024.

7.c. Postpetition expense reimbursements.



**Statement Ending 03/29/2024**

JVK OPERATIONS LTD OF NJ  Page 1 of 36
Account Number: XXXXXX5787

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Huntington |
| 📱 | Branch Number | 1-631-935-1600 |
| ✉ | Mailing Address | 337 Main Street<br>Huntington, NY 11743 |
| 💻 | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
PAYROLL ACCOUNT
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5787 | $38,914.82 |

## Business Analysis-XXXXXX5787

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2024 | Beginning Balance | $5,178.47 |
| | 20 Credit(s) This Period | $120,357.20 |
| | 186 Debit(s) This Period | $86,620.85 |
| 03/29/2024 | Ending Balance | $38,914.82 |



800.321.DIME (3463) • dime.com • Member FDIC



**898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788**

**Statement Ending 03/29/2024**
JVK OPERATIONS LTD OF NJ                Page 1 of 2
Account Number: XXXXXX5929

| Managing Your Accounts | |
|---|---|
| Branch Name | Huntington |
| Branch Number | 1-631-935-1600 |
| Mailing Address | 337 Main Street Huntington, NY 11743 |
| Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
DEBTOR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5929 | $0.00 |

## Debtor In Possession-XXXXXX5929
## PAYROLL ACCOUNT

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 03/13/2024 | Beginning Balance | $0.00 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 03/29/2024 | Ending Balance | $0.00 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


800.321.DIME (3463) • dime.com • Member FDIC 



**898 Veterans Memorial Highway**
**Suite 560**
**Hauppauge, NY 11788**

JVK OPERATIONS LTD OF NJ
OPERATING ACCOUNT
130 NEW HWY
AMITYVILLE NY 11701-1117

## Statement Ending 03/29/2024

JVK OPERATIONS LTD OF NJ
Account Number: XXXXXX5779

Page 1 of 4

### Managing Your Accounts

| | Branch Name | Huntington |
|---|---|---|
| | Branch Number | 1-631-935-1600 |
| | Mailing Address | 337 Main Street Huntington, NY 11743 |
| | Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXX5779 | $0.00 |

## Business Analysis-XXXXXX5779

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2024 | Beginning Balance | $21,242.17 |
| | 9 Credit(s) This Period | $24,892.47 |
| | 14 Debit(s) This Period | $46,134.64 |
| 03/29/2024 | Ending Balance | $0.00 |

  800.321.DIME (3463)  •  dime.com  •  Member FDIC  



**DIME**
898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 03/29/2024**
JVK OPERATIONS LTD OF NJ                    Page 1 of 2
Account Number: XXXXXX5930

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Huntington |
| 📱 | Branch Number | 1-631-935-1600 |
| ✉ | Mailing Address | 337 Main Street, Huntington, NY 11743 |
| 💻 | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
DEBTOR IN POSSESION
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5930 | $0.00 |

### Debtor In Possession-XXXXXX5930

## UTILITY ACCOUNT

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 03/13/2024 | Beginning Balance | $0.00 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 03/29/2024 | Ending Balance | $0.00 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




**800.321.DIME (3463) • dime.com • Member FDIC**



**898 Veterans Memorial Highway**
**Suite 560**
**Hauppauge, NY 11788**

**Statement Ending 03/29/2024**
JVK OPERATIONS LTD OF NJ — Page 1 of 4
Account Number: XXXXXX5925

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Huntington |
| 📱 | Branch Number | 1-631-935-1600 |
| ✉ | Mailing Address | 337 Main Street, Huntington, NY 11743 |
| 💻 | Website | www.dime.com |

JVK OPERATIONS LTD OF NJ
DEBOTR IN POSSESSION
130 NEW HWY
AMITYVILLE NY 11701-1117

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Debtor In Possession | XXXXXX5925 | $32,938.05 |

### Debtor In Possession-XXXXXX5925

## OPERATING ACCOUNT

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 03/13/2024 | Beginning Balance | $0.00 |
| | 4 Credit(s) This Period | $84,898.14 |
| | 8 Debit(s) This Period | $51,960.09 |
| 03/29/2024 | Ending Balance | $32,938.05 |

 

800.321.DIME (3463) • dime.com • Member FDIC

  

**Bank**
America's Most Convenient Bank®       7       STATEMENT OF ACCOUNT

JVK OPERATIONS LTD OF NJ
130 NEW HWY
AMITYVILLE NY 11701

Page: 1 of 2
Statement Period: Mar 01 2024-Mar 31 2024
Cust Ref #:                                 ***
Primary Account #:           *4034

## TD Business Premier Checking

JVK OPERATIONS LTD OF NJ                              Account # *4034

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 44.42 | Average Collected Balance | 44.42 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 44.42 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender